JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Ned_Smock@fd.org

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND WILLIAMS,<br><br>Defendant. | Case No.: CR 19-423 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

The above captioned matter is scheduled for a status conference on March 25, 2026. The defense is reviewing discovery related to the allegations in the Form 12 and the parties are discussing possible resolution. Therefore, the parties stipulate that the matter be continued to April 8, 2026 at 10:00 a.m.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
*US v. Williams,* CR 19-423 CRB

IT IS SO STIPULATED.


March 17, 2026                          CRAIG H. MISSAKIAN
Dated                                   United States Attorney
                                        Northern District of California


                                                      /S
                                        _____
                                        NOAH STERN
                                        Assistant United States Attorney



March 17, 2026                          JODI LINKER
Dated                                   Federal Public Defender
                                        Northern District of California


                                                      /S
                                        _____
                                        NED SMOCK
                                        Assistant Federal Public Defender




IT IS SO ORDERED.



 March 18, 2026                         _____
_____
Dated                                   CHARLES BREYER
                                        Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
*US v. Williams,* CR 19-423 CRB