CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-423 CRB |
|     Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING FROM APRIL 29, 2026 TO MAY 20, 2026 AND [~~PROPOSED~~] ORDER |
|     v. | |
| RAYMOND LEWIS WILLIAMS, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Raymond Lewis Williams, that the status hearing currently scheduled for April 29, 2026 be continued to May 20, 2026 at 10:00 a.m. The parties are working towards finalizing a resolution that will involve the filing of a new charge that is related to the instant Form 12 action. If a resolution is finalized, the parties will request that the Court hold a change of plea hearing in the new case on May 20, 2026.

///

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 23, 2026

_____/s/_____
NOAH STERN
Assistant United States Attorney

DATED: April 23, 2026

_____/s/_____
NED SMOCK
Counsel for Defendant Raymond Lewis Williams

### [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation, the Court continues the status conference currently scheduled for April 29, 2026 to May 20, 2026 at 10:00 a.m.

IT IS SO ORDERED.

DATED: __April 23, 2026__

_____
HON. CHARLES R. BREYER
United States District Judge