JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Ned_Smock@fd.org

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAYMOND WILLIAMS,<br>Defendant. | Case No.: CR 26-210 CRB; CR 19-423 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE SENTENCING** |

Raymond Williams is scheduled for sentencing on August 26, 2026. Undersigned defense counsel requires additional time to gather supporting materials for the sentencing memorandum, and respectfully requests that the sentencing be continued to September 9, 2026 at 10:00 a.m. The government and United States Probation have no objection to the proposed continuance.

\\

\\

\\

IT IS SO STIPULATED.

August 21, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
NOAH STERN
Assistant United States Attorney

August 21, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
NED SMOCK
Assistant Federal Public Defender

**~~[PROPOSED]~~ ORDER**

For the reasons stated in the parties' stipulation, sentencing is continued from August 26, 2026 to September 9, 2026 at 10:00 a.m.

IT IS SO ORDERED.

August 24, 2026
Dated

CHARLES R. BREYER
Senior United States District Judge